**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Hartman Income Reit, Inc. v. Mackenzie Blue Ridge Fund III, LP.

Appellate case number:    01-20-00218-CV

Trial court case number:  2019-21776

Trial court:              80th District Court of Harris County

      Counsel for appellant filed a motion to substitute counsel on March 11, 2021, but the motion does not comply with the requirements of Rule 6.5 in that it fails to state or indicate that the motion was delivered to the appellant, either in person or by certified and first-class mail to the party (appellant). *See* TEX. R. APP. P. 6.5(d), (b).

      Accordingly, the motion to substitute counsel is **denied** without prejudice to refiling an amended motion in compliance with Rule 6.5.

      It is so ORDERED.

Judge's signature: ___/s/ Peter Kelly_____
                 ☑ Acting individually    ☐ Acting for the Court

Date: ___March 17, 2022_____